Submitted on record and briefs July 28, affirmed August 31, 2005

STATE OF OREGON,
*Respondent,*

*v.*

ZACHARY JOHN PEDRO,
*Appellant.*

032829; A123549

118 P3d 841

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and John L. Susac, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Susan G. Howe, Senior Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman\* and Ortega, Judges.

PER CURIAM

Affirmed. *State v. Vigil,* 197 Or App 407, 106 P3d 656, *adh'd to on recons,* 199 Or App 525, 112 P3d 441, *rev den,* 339 Or 156 (2005); *State v. Fuerte-Coria,* 196 Or App 170, 100 P3d 773 (2004), *rev den,* 338 Or 16 (2005).

---

\* Schuman, J., *vice* Richardson, S. J.